☐ FILED   ☒ LODGED

**Jul 16 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Melinda Gabriella Valenzuela
Name and Prisoner/Booking Number

Rast Red
Place of Confinement

26700. S. Hwy 85
Mailing Address

Buckeye AZ 85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Melinda Gabriella Valenzuela
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Deputy Warden Wayne Mooney
(Full Name of Defendant)

(2) ADW. Don Renault,

(3) COTO Wayne Metzler,

(4) Deputy Warden Jeffrey Rack,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-18-555-PHX-DLR-MHB

CASE NO. CV 18--555 PhxDLR
(To be supplied by the Clerk)

Imminent Danger
(Jury Trial Demanded)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ASPC-Lewis/Rast Red

Revised 3/11/16

1

**550/555**

Additional Defendants
---

5 COII Andrews
6 COII Jenkins
7 COII Morgan
8 COII Sambada
9 Lt Bremer
10 COII Burton
11. COII Stalkely

IA

## B. DEFENDANTS

1. Name of first Defendant: __Wayne Mooney__. The first Defendant is employed as: __Deputy Warden__ (Position and Title) at __Apache Unit - Winslow__ (Institution).

2. Name of second Defendant: __Don Renault__. The second Defendant is employed as: __Associate Deputy Warden__ (Position and Title) at __Rast-Rd Lewis__ (Institution).

3. Name of third Defendant: __Wayne Metzler__. The third Defendant is employed as: __Correctional Officer IV__ (Position and Title) at __Rast-Rd-Lewis__ (Institution).

4. Name of fourth Defendant: __Jeffrey Node__. The fourth Defendant is employed as: __Deputy Warden__ (Position and Title) at __Rast-Lewis__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? __more then 3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

5. Name of Fifth Defendant _Andrews_. The Fifth Defendant is employed as _COII_ at _Lewis_.

6. Name of Sixth Defendant _Jenkins_. The Sixth Defendant is employed as _COII_ at _Lewis_.

7. Name of Seventh Defendant _Morgan_. The Seventh Defendant is employed as _COII_ at _Lewis_.

8. Name of eighth Defendant _Sambada_. The eighth Defendant is employed as _COII_ at _Lewis_.

9. Name of ninth Defendant _Boemer_. The ninth Defendant is employed as _Lt_ at _Lewis_.

10. Name of tenth Defendant _Burton_. The tenth Defendant is employed as _COII_ at _Lewis_.

11. Name of Eleventh Defendant _Stokely_. The Eleventh Defendant is employed as _COII_ at _Lewis_.

2A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Allowed me To Be Sexually Assaulted and Harassed and Did nothing To Immediately Solicit

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From December 12th 2017 to Presently on/ay 7-9-15, 2-1-15 to 2-13-15 and Jan 15th to Feb 15th 2018 Plaintiff Recieved and continues to recieve Daily Death Threats to her life By ondeys Trujillo, Rubio, Stewart, Sanchez, AND Assaulted And By Inmate Druce, Tazin Threats to kill her and to rape her and it continues to take place with The Recent Assault AND Rape on 7-6-18 And to Present Daily Assaults and Rapes have continued To Happen. Plaintiff made DW McCorry, ADW Renault, COIII Metzler, DW Rusk aware of the issues AND They have literally took no Step to solve this issue And her life has been put in Jeopardy And in Danger Due To These Threats. She recieves To This Day, Death threats to kill her, rape her, stalker and Do harm to her family.

   This is Emergency as I am At Risk of Dying

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional / mental Anguish, Injuries to Back, Rectal, genitalia in constant fear of safety and has to look over her shoulders

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The Unit Grievance coordinator has refused to Process the Grievance thus I have exhausted my Available Remedies Available to me.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Defendant Cole Jenkins has retaliated by taking things from me and keeping the people who threaten me rightaway from me,

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From march 2018 to Presently Plaintiff has been retaliated against By coII Jenkins By keeping Plaintiff out By coII Andrews By raping her and Dawnode has let these two staff and many more sexually assault her recently, and he has done nothing to try to protect her from harm or danger from these staff. He has allowed it Barner to be sexually inappropriate and not address the issues thus putting her at risk for death.

   This is Emergency as I am at risk of Dying

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional/mental anguish, injuries to Back, Rectal genitalia, in constant fear of safety and back, neck, and her shoulders

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The Unit Grievance Coordinator has refused to process the grievance thus I have Exhausted my Available Remedies Available to me.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Defendants have used excessive force to rape me and assault me AND they do nothing to solve the issues.

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From December 2017 to presently and on 2-9-18, 2-1-18, 2-13-18, and Jan 1st to Feb 15 2018 Plaintiff has been sexually assaulted by staff using force to hold me. Lt. Jenkins, Lt. Andrews, C/O Morgan, C/O Sunabala, Lt. Brewer, Dw Rode, C/O Burton, C/O Stately, Sgt. Coronado. These staff have sexually assaulted me during the times on this complaint and nothing has been done to correct it. They continue to allow these staff to rape, assault and threaten Plaintiff and do nothing to correct the issue at all. They put the Plaintiff in harms way every day.

   This is an emergency as I am at risk of dying due to the assault/rapes by the contract [staff].

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional + mental trauma, injury to back, neck, genitalia, in constant fear of safety and has to look over my shoulder.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The unit grievance coordinator has refused to process the grievance thus I have exhausted my available remedies available to me.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff prays as follows
1. Jury Trial is Demanded
2. Compensation in Amount of $500,000,000.00
3. Punitive Damages of 1 million
4. Injunctive Relief
5. Settlement hearing/Conference
6. Any further relief the court deems just & proper

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 16th 2018__
DATE

SIGNATURE OF PLAINTIFF

Melinda Gabriella Valenzuela
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

26700 S. Hwy 85 Buckeye AZ 85326
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6