Mark Brnovich
Attorney General

Michael E. Gottfried, No. 010623
Patrick J. Boyle, No. 031674
Assistant Attorney General
2005 N. Central Ave
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7693
E-mail: michael.gottfried@azag.gov
           patrick.boyle@azag.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>    Plaintiff,<br><br>v.<br><br>Wayne Mooney, et al.,<br><br>    Defendants. | No. CV18-00555-PHX-DLR-MHB<br><br>**STIPULATED MOTION TO CONTINUE EVIDENTIARY HEARING** |

    Defendants, through undersigned counsel, move to continue the telephonic evidentiary hearing currently scheduled for July 19, 2019, under Federal Rule of Civil Procedure 6(b)(1)(A) for approximately two weeks. Undersigned counsel was planning on representing Defendants at the hearing but unexpectedly has a medical issue that needs to be addressed at the same time. Assistant Attorney General Patrick Boyle is out of the office at the time of the hearing and was not planning to participate. Additionally, the parties are meeting the morning of July 17 in an attempt to resolve this and other matters. The undersigned represents that he has spoken with Plaintiff and that she has no objection to this request.

    Accordingly, it is respectfully requested that the telephonic hearing scheduled for July 19, 2019, be vacated and rescheduled approximately two weeks later, at the Court's convenience.

RESPECTFULLY SUBMITTED this 17th day of July, 2019.

MARK BRNOVICH
Attorney General

s/Michael E. Gottfried
Michael E. Gottfried
Assistant Attorney General
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

I further certify this document and the Notice of Electronic Filing were served by mail on the same date on the following, who is not a registered participant of the CM/ECF System:

Melinda Gabriella Valenzuela, ADC #172770
ASPC - Florence – Kasson Unit
P.O. Box 8200
Florence, AZ  85132
*Plaintiff  Pro Se*

s/L. Fuentes
Secretary to Michael E. Gottfried
#8045085

2